UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS AZURDIA,<br><br>       Plaintiff(s),<br><br>  v.<br><br>LIME FINANCIAL SERVICES, et al.,<br><br>       Defendant(s). | No. C10-00330 BZ<br><br>**BRIEFING ORDER** |

Having received defendant's motions to dismiss, to expunge the lis pendens, to strike, and for attorneys' fees, **IT IS ORDERED** that any opposition to the motions shall be filed by **FEBRUARY 19, 2010.** Any reply shall be filed by **FEBRUARY 26, 2010**. By no later than **FEBRUARY 19, 2010**, plaintiff shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov

Dated: February 12, 2010

                                          Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-BZCASES\AZURDIA V. LIME FINANCIAL\BRIEFING ORDER.wpd

1