UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN CARLOS AZURDIA,  )
                      )
     Plaintiff(s),    )   No. C10-00330 BZ
                      )
     v.               )
                      )
LIME FINANCIAL SERVICES, et )   **REASSIGNMENT ORDER**
al.,                  )
                      )
     Defendant(s).    )
_____)

On February 12, 2010, I ordered plaintiff to consent or decline magistrate judge jurisdiction by February 19, 2010, which plaintiff has failed to do. **IT IS THEREFORE ORDERED** that this case be reassigned to a United States District Judge. The hearing scheduled for **MARCH 17, 2010** is **VACATED.**

Dated: February 23, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\AZURDIA V. LIME FINANCIAL\REASSIGN ORD.wpd

1