UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS AZURDIA,<br><br>    Plaintiff,<br><br>  v.<br><br>LIME FINANCIAL SERVICES, et al.,<br><br>    Defendants.<br>_____ / | No. C 10-0330 MHP<br><br>**MEMORANDUM & ORDER**<br><br>**Re: Aurora Loan Services LLC's Motion to Dismiss, Motion to Strike and Motion to Expunge Lis Pendens** |

On March 1, 2010, defendant Aurora Loan Services LLC ("Aurora") moved to dismiss plaintiff's complaint against Aurora for failure to state a claim. Aurora also moved to strike plaintiff's request for punitive damages and to expunge the *lis pendens* on the property located at 1015 Crestwood Drive, South San Francisco, California 94080. Plaintiff failed to oppose any of these motions.

The absence of any opposition is a concession that Aurora's arguments are meritorious. *Offril v. J.C. Penny Co., Inc.*, No. C 08-5050 PJH, 2009 WL 69344, at *1, *4 (N.D. Cal. Jan. 9, 2009) (Hamilton, J.) (granting unopposed motion to dismiss without leave to amend); *Freeman for Thomas v. Ellen*, No. C 98-0445 MMC, 1998 WL 164948, *1, *3-4 (N.D. Cal. Mar. 16, 1998) (Chesney, J.) (granting unopposed motion to dismiss without leave to amend); *Stewart v. City and County of San Francisco*, No. C 08-5434 SBA, 2009 WL 1331101, at *1-2 (N.D. Cal. May 13, 2009) (Armstrong, J.) (granting unopposed motion for judgment on the pleading with prejudice); *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (per curiam) (affirming order granting motion to dismiss where plaintiff failed to respond to motion).

Accordingly, Aurora's motion to dismiss is GRANTED. All of plaintiff's causes of action against Aurora are dismissed with prejudice. Aurora's motion to strike is DENIED as moot. Aurora's motion to expunge is GRANTED. The *lis pendens* on the property located at 1015 Crestwood Drive, South San Francisco, California 94080 is EXPUNGED.

Since it appears that the remaining defendants have not been served and this action was originally filed on September 8, 2009, and no extensions have been sought by plaintiff for service on these defendants, the complaint is DISMISSED in its entirety.

The Clerk of Court shall close the file.

IT IS SO ORDERED.

Dated: 3/31/2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

2